**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7411**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ABIODUN S. BASHORUN, a/k/a Saheed Bashorun,
a/k/a Bobby Bash, a/k/a Bobby Saheed, a/k/a
Baba Gori,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge. (CR-
96-177-CCB)

---

Submitted:  November 8, 2001          Decided:  November 19, 2001

---

Before WILKINS, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Abiodun S. Bashorun, Appellant Pro Se.  Barbara Slaymaker Sale, As-
sistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Abiodun S. Bashorun appeals the district court's order denying his motion filed pursuant to Fed. R. Civ. P. 60(b) and 65(b). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Bashorun, No. CR-96-177-CCB (D. Md. filed Aug. 2, 2001; entered Aug. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2